**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Santiago HERNANDEZ–GOMEZ, Defendant–Appellant.**

No. 08–10443.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 20, 2009 *.

Filed Aug. 31, 2009.

Robert A. Bork, Esquire, USLV—Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Jason F. Carr, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

---

ed by Ninth Circuit Rule 36–3.

1. We note with regret the delay in the district court in the disposition of these matters.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before WALLACE, HAWKINS, and THOMAS, Circuit Judges.

### MEMORANDUM **

Santiago Hernandez–Garcia appeals from the 36–month sentence imposed following his guilty-plea conviction for being a deported alien found unlawfully in the United States in violation of 8 U.S.C. § 1326.

Hernandez–Garcia contends that his sentence violated *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), because it was based on a prior aggravated felony conviction not charged or admitted. Hernandez–Garcia concedes that his argument is foreclosed, *see e.g.*, *United States v. Salazar–Lopez*, 506 F.3d 748, 751 n. 3 (9th Cir.2007); *United States v. Pacheco–Zepeda*, 234 F.3d 411 (9th Cir. 2000); and that he raises it to preserve it for potential future review.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

